IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID CONNIE MORGAN | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-04-CV-2172-D |
| DALLAS COUNTY SHERIFF DEPARTMENT, ET AL. | § | |
| Defendants. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED.

August 26, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE